UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENJAMIN MAYFIELD,<br><br>                        Plaintiff,<br><br>            v.<br><br>KING COUNTY, et al.,<br><br>                        Defendants. | CASE NO. C19-0930JLR-BAT<br><br>ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR A NEW TRIAL DATE |

On May 13, 2020, the parties filed a stipulation to move their trial date to April 1, 2021, and continue the related case schedule deadlines.  (5/13/20 Stip. (Dkt. # 12).)  The court denied the parties' stipulated motion but gave the parties the option of moving their trial date to the end of the court's trial calendar.  (6/1/20 Order (Dkt. # 13).)  On June 5, 2020, the parties filed a second stipulated motion agreeing to move their trial date to the end of the court's trial calendar.  (6/5/20 Stip. (Dkt. # 14).)  The court GRANTS the parties' stipulated motion (Dkt. # 14) and moves their trial date to October 18, 2021.  The

//

1  court will issue a new case schedule based on this new trial date for all unexpired case

2  deadlines.

3       Dated this 17th day of June, 2020.

4

5  _____

6  JAMES L. ROBART
   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2